# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BRANDIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHNSON & JOHNSON, INC.; and ETHICON, INC.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-09018-PA-RAO<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>The Honorable Percy Anderson<br>Courtroom: 9A (First Street Courthouse) |

The Court has received and considered Plaintiff Karen Brandin and Defendants Johnson & Johnson and Ethicon, Inc.'s (collectively, the "Parties") Stipulated Protective Order. Pursuant to the Parties' stipulation and for good cause shown, IT IS ORDERED that the Parties' Stipulated Protective Order is approved and shall be the Order of the Court.

**IT IS SO ORDERED.**

DATED: January 24, 2019  _____
United States District Judge