JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BRANDIN, | Case No. 2:18-cv-09018-PA-RAO |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| JOHNSON & JOHNSON, INC.; and ETHICON, INC., | The Honorable Percy Anderson<br>Courtroom: 9A (First Street Courthouse) |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

1       This stipulation is approved.  The entire action, including all claims and
2 counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: May 06, 2019

_____
United States District Judge